IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00779-WYD-CBS

PRO SE, LYNN V. BERRY,

    Plaintiff,

v.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    In light of the report and recommendations entered by this court on August 16, 2005, it is hereby **ORDERED** that Defendant's Motion to Vacate Scheduling Conference (filed August 16, 2005; *doc. no. 10*) is **DENIED**, as moot.

**DATED:**    August 29, 2005